

CLERKS OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
8/20/18
JULIA C. DUDLEY, CLERK
BY: s/ K. DOTSON
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| IN THE MATTER: | : | Criminal No. 5:18mj00047 |
| HYATT'S SUBOXONE CLINIC | : | |
| 132 PEYTON ST. | : | SEALED |
| FRONT ROYAL, VA | : | |

## UNITED STATES' MOTION TO SEAL

The United States of America, by and through Thomas T. Cullen, United States Attorney for the Western District of Virginia, and Jeb Terrien, Assistant United States Attorney, moves the Court for an Order sealing the Application For A Search Warrant, Search Warrant, Affidavit of Special Agent, Eric Flagg, FDA and all related documents, *Ex Parte* Motion for an Oder Permitting Seizure and Production of Confidential Modical Records and exhibits, and any Order addressing the *Ex Parte* Motion for an Oder Permitting Seizure and Production of Confidential Medical Records.    In support of this motion the government states as follows: (1) The investigation of this matter is ongoing; (2) release of this information would jeopardize this investigation and the safety of law enforcement officers.

Wherefore, the United States requests the Court to seal documents filed in these matters for thirty days.

Respectfully submitted,

THOMAS T. CULLEN
United States Attorney

Date: August 17, 2018

s/Jeb T. Terrien
JEB T. TERRIEN
Assistant United States Attorney
116 North Main Street
Harrisonburg, VA   22802