

CLERKS OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
8/20/18
JULIA C. DUDLEY, CLERK
BY: s/ K. DOTSON
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| IN THE MATTER: | : | Criminal No. 5:18mj00047 |
| HYATT'S SUBOXONE CLINIC | : | |
| 132 PEYTON ST. | : | SEALED |
| FRONT ROYAL, VA | : | |

ORDER

It is hereby ORDERED that the Application for a Search Warrant; the Affidavit in support of such Search Warrant; the Search Warrant; the Government's *Ex Parte* Motion for an Oder Permitting Seizure and Production of Confidential Medical Records and exhibits; and any order addressing the *Ex Parte* Motion for an Oder Permitting Seizure and Production of Confidential Medical Records in the above-captioned matter shall remain under seal for a period of 30 days after the date of this order.

ENTERED this 20th day of August, 2018.

_____
JOEL C. HOPPE
UNITED STATES MAGISTRATE JUDGE